UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Christopher McCalley and Marilyn McCalley
Individually and as Parents of Patrick
McCalley, Deceased;

      Plaintiffs,                  Case No: 1:18-cv-03368-RLY-MPB

v.

Carmel Clay School Corporation, doing
business through the Board of School Trustees
of the Carmel Clay Schools, Carmel High
School, City of Carmel, Toby Steele, Nicholas
Wahl, and Carmel Police Officer Phil Hobson,

      Defendants.

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: Defendants Carmel Clay School Corporation, doing business through the Board of School Trustees of the Carmel Clay Schools, Carmel High School, Toby Steele, and Nicholas Wahl.

Date:    November 1, 2018        Respectfully Submitted,

                                                */s/ Liberty L. Roberts*
                                                Liberty L. Roberts, Atty. No. 23107-49
                                                Attorney for Defendants Carmel Clay School
                                                Corporation, Carmel High School, Toby Steele and
                                                Nicholas Wahl
                                                CHURCH CHURCH HITTLE + ANTRIM
                                                10765 Lantern Road, Suite 201
                                                Fishers, IN 46038

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of November 2018, a true and exact copy of the foregoing was filed electronically using the Court Electronic filing system. Notice of this filing was served upon counsel of record this 1st day of November 2018, by being deposited in the U.S. Mail, first-class, postage prepaid, and sent via email to:

| | |
|---|---|
| Sheila M. Sullivan, Atty. No. 14551-49<br>FLYNN & SULLIVAN, PC<br>8910 Wesleyan Road, Suite C<br>Indianapolis, IN 46268<br>T: 317-660-4770<br>Email: sheila@fstrial.com<br>*Attorney for Plaintiffs* | Paul T. Belch, Atty. No. 18533-49<br>Travelers Staff Counsel Indiana<br>P.O. Box 64093<br>St. Paul, MN 55164-0093<br>T: 317-818-5111/ F: 317-818-5124<br>Email: pbelch@travelers.com<br>*Attorney for Defendants City of Carmel and Carmel Police Officer Phil Hobson* |

                                                */s/ Liberty L. Roberts*
                                                Liberty L. Roberts

CHURCH CHURCH HITTLE + ANTRIM
10765 Lantern Road, Suite 201
Fishers, IN 46038
T: (317)773-2190 / F: (317)572-1609
Email: LRoberts@cchalaw.com