UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Christopher McCalley and Marilyn McCalley
Individually and as Parents of Patrick
McCalley, Deceased;

       Plaintiffs,             Case No: 1:18-cv-03368-RLY-MPB

v.

Carmel Clay School Corporation, doing
business through the Board of School Trustees
of the Carmel Clay Schools, Carmel High
School, City of Carmel, Toby Steele, Nicholas
Wahl, and Carmel Police Officer Phil Hobson,

       Defendants.

**DEFENDANTS' CARMEL CLAY SCHOOL CORPORATION,
CARMEL HIGH SCHOOL, TOBY STEELE AND NICHOLAS
WAHL'S NOTICE OF AUTOMATIC ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants Carmel Clay School Corporation, Carmel High School, Toby Steele and Nicholas Wahl, by counsel, pursuant to Local Rule 6-1 – Extensions of Time, respectfully notify this Court of an automatic enlargement of time of twenty-eight (28) days in which to answer or otherwise respond to Plaintiffs' Complaint for Damages and states as follows:

    1.    Plaintiffs, Christopher McCalley and Marilyn McCalley, filed their Complaint for Damages on or about October 4, 2018, and served Defendant Carmel High School via certified mail on or about October 10, 2018 and Defendant Toby Steele via certified mail on or about October 9, 2018.

    2.    The original date to respond to Plaintiff's Complaint is November 1, 2018, which time has not yet expired.

    3.    This deadline has not been previously extended.

1

4. The extension is for twenty-eight (28) or fewer days.

5. There are no Case Management Plans, scheduled hearings, or other case deadlines in this case. As such, this extension will not interfere with any of the aforementioned.

6. Opposing counsel of record has agreed to this extension.

7. Pursuant to this Notice, the time to respond to Plaintiff's Complaint is hereby enlarged by twenty-eight (28) days, to and including, November 29, 2018.

Date: November 1, 2018  Respectfully Submitted,

*/s/ Liberty L Roberts*
Liberty L. Roberts, Atty. No. 23107-49
Attorney for Defendants Carmel Clay School Corporation, Carmel High School, Toby Steele and Nicholas Wahl
CHURCH CHURCH HITTLE + ANTRIM
10765 Lantern Road, Suite 201
Fishers, IN 46038
Phone: (317) 773-2190
LRoberts@cchalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November 2018, a true and exact copy of the foregoing was filed electronically using the Court Electronic filing system. Notice of this filing was served upon counsel of record this 1st day of November 2018, by being deposited in the U.S. Mail, first-class, postage prepaid, and sent via email to:

| | |
|---|---|
| Sheila M. Sullivan, Atty. No. 14551-49<br>FLYNN & SULLIVAN, PC<br>8910 Wesleyan Road, Suite C<br>Indianapolis, IN 46268<br>T: 317-660-4770<br>Email: sheila@fstrial.com<br>*Attorney for Plaintiffs* | Paul T. Belch, Atty. No. 18533-49<br>Travelers Staff Counsel Indiana<br>P.O. Box 64093<br>St. Paul, MN 55164-0093<br>T: 317-818-5111/ F: 317-818-5124<br>Email: pbelch@travelers.com<br>*Attorney for Defendants City of Carmel and Carmel Police Officer Phil Hobson* |

                                      */s/ Liberty L. Roberts*
                                      Liberty L. Roberts

CHURCH CHURCH HITTLE + ANTRIM
10765 Lantern Road, Suite 201
Fishers, IN 46038
T: (317)773-2190 / F: (317)572-1609
Email: LRoberts@cchalaw.com