IN THE UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| CHRISTOPHER McCALLEY and<br>MARILYN McCALLEY, Individually and as<br>Parents of PATRICK McCALLEY, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CARMEL CLAY SCHOOL CORPORATION,<br>doing business through the Board of School<br>Trustees of the Carmel Clay Schools,<br>CARMEL HIGH SCHOOL,<br>CITY OF CARMEL,<br>TOBY STEELE,<br>NICHOLAS WAHL, and<br>CARMEL POLICE OFFICER PHIL HOBSON,<br><br>Defendants. | Case No. 1:18-cv-3368-RLY-MPB |

**NOTICE OF APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**City of Carmel; and**

**Carmel Police Officer Phil Hobson**

Date: November 2, 2018         Respectfully submitted,

**TRAVELERS STAFF COUNSEL INDIANA**

By: */s/ Paul T. Belch*
Paul T. Belch, 18533-49
280 East 96th Street, Suite 325
Indianapolis, IN 46240
*Mailing Address:* P. O. Box 64093
St. Paul, MN 5564-0093
PH (317) 818-5111
pbelch@travelers.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically using the Case Management/Electronic Case Files ("CM/ECF") system and served via the CM/ECF system upon registered counsel of record on November 2, 2018.

By: */s/ Paul T. Belch*
Paul T. Belch, 18533-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
***Mailing Address:*** P. O. Box 64093, St. Paul, MN 55164-0093
PH (317) 818-5111
FX (317) 818-5124
pbelch@travelers.com

PTB:gb