IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MCCALLEY and | ) | |
| MARILYN MCCALLEY, Individually and | ) | |
| as Parents of PATRICK MCCALLEY, | ) | Case Number: 1:18-cv-3368-RLY-MPB |
| Deceased; | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| CARMEL CLAY SCHOOL | ) | |
| CORPORATION, doing business through the | ) | |
| Board of School Trustees of the Carmel Clay | ) | |
| Schools, CARMEL HIGH SCHOOL, CITY | ) | |
| OF CARMEL, TOBY STEELE, NICHOLAS | ) | |
| WAHL, and CARMEL POLICE OFFICER | ) | |
| PHIL HOBSON, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Christopher McCalley and Marilyn McCalley, Individually and as Parents of Patrick McCalley, Deceased.**

Date:  November 5, 2018

Respectfully submitted,

FLYNN & SULLIVAN, PC

/s/ *Sheila M. Sullivan*
Sheila M. Sullivan, Atty No. 14551-49
Attorney for Plaintiffs
8910 Wesleyan Road, Suite C
Indianapolis, IN 46268
Tel: 317-660-4770

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on this 5th day of November, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by electronically by operation of the Court's CM/ECF system.

Paul T. Belch                                    Liberty L. Roberts
Travelers Staff Counsel of Indiana               Church Church Hittle & Antrim
pbelch@travelers.com                             lroberts@cchalaw.com


/s/ *Sheila M. Sullivan*_____
Sheila M. Sullivan


FLYNN & SULLIVAN, P.C.
8910 Wesleyan Road, Suite C
Indianapolis, IN 46268
Telephone: 317-660-4770
Facsimile: 317-660-4765
Email:  sheila@fstrial.com