UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Christopher McCalley and Marilyn McCalley
Individually and as Parents of Patrick
McCalley, Deceased;

      Plaintiffs,

v.

Carmel Clay School Corporation, doing
business through the Board of School Trustees
of the Carmel Clay Schools, Carmel High
School, City of Carmel, Toby Steele, Nicholas
Wahl, and Carmel Police Officer Phil Hobson,

      Defendants.

Case No: 1:18-cv-03368-RLY-MPB

## MOTION TO DISMISS CLAIMS AGAINST NICHOLAS WAHL

Defendant Nicholas Wahl, by counsel, moves this Court pursuant to Fed. R. Civ. Pro. 12(b)(6) for dismissal of all claims which Plaintiffs seek to assert against him. Pursuant to Local Rule 7-1(b)(1), an accompanying brief has been filed in support of this Motion.

Respectfully Submitted,

*/s/ Liberty L. Roberts*
Liberty L. Roberts, Atty. No. 23107-49
Attorney for Defendants Carmel Clay School
Corporation, Carmel High School, Toby Steele and
Nicholas Wahl
CHURCH CHURCH HITTLE + ANTRIM
10765 Lantern Road, Suite 201
Fishers, IN 46038

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December 2018, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following persons by operation of the Court's Electronic filing system.

Sheila M. Sullivan, Atty. No. 14551-49　　　Paul T. Belch, Atty. No. 18533-49
FLYNN & SULLIVAN, PC　　　　　　　　　　Travelers Staff Counsel Indiana

1

| | |
|---|---|
| 8910 Wesleyan Road, Suite C<br>Indianapolis, IN 46268<br>T: 317-660-4770<br>Email: sheila@fstrial.com<br>*Attorney for Plaintiffs* | P.O. Box 64093<br>St. Paul, MN 55164-0093<br>T: 317-818-5111/ F: 317-818-5124<br>Email: pbelch@travelers.com<br>*Attorney for Defendants City of Carmel and Carmel Police Officer Phil Hobson* |

/s/ Liberty L. Roberts
Liberty L. Roberts

CHURCH CHURCH HITTLE + ANTRIM
10765 Lantern Road, Suite 201
Fishers, IN 46038
T:  (317)773-2190 / F:  (317)572-1609
Email:  LRoberts@cchalaw.com

2