IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER MCCALLEY and MARILYN MCCALLEY, Individually and as Parents of PATRICK MCCALLEY, Deceased, <br><br> Plaintiffs, <br> v. <br><br> CARMEL CLAY SCHOOL CORPORATION, doing business through the Board of School Trustees of the Carmel Clay Schools, CARMEL HIGH SCHOOL, CITY OF CARMEL, TOBY STEELE, NICHOLAS WAHL, and CARMEL POLICE OFFICER PHIL HOBSON, <br><br> Defendants. | Case Number: 1:18-cv-3368-RLY-MPB |

## NOTICE OF SERVICE OF PLAINTIFFS' INITIAL DISCLOSURES

Plaintiffs Christopher McCalley and Marilyn McCalley, Individually and as Parents of Patrick McCalley, deceased, by counsel, respectfully notify the Court that they have served their Fed. R. Civ. P. 26 initial disclosures on all counsel in accordance with the agreed upon deadline set forth in the Case Management Plan, Approved and So Ordered on January 28, 2019.

Date: <u>March 1, 2019</u>

Respectfully submitted,

FLYNN & SULLIVAN, PC

/s/ *Sheila M. Sullivan*
Sheila M. Sullivan, Atty No. 14551-49
Attorney for Plaintiffs Christopher McCalley and Marilyn McCalley, Individually and as Parents of Patrick McCalley
8910 Wesleyan Road, Suite C
Indianapolis, IN 46268
Tel: 317-660-4770

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 1, 2019, the foregoing document was electronically filed and served using the Indiana E-Filing System (IEFS) upon the following person(s):

Paul T. Belch  
pbelch@travelers.com

Liberty Roberts  
lroberts@cchalaw.com

/s/ *Sheila M. Sullivan*  
Sheila M. Sullivan

FLYNN & SULLIVAN, P.C.  
8910 Wesleyan Road, Suite C  
Indianapolis, IN 46268  
Telephone: 317-660-4770  
Facsimile: 317-660-4765  
Email: sheila@fstrial.com