IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER MCCALLEY and MARILYN MCCALLEY, Individually and as Parents of PATRICK MCCALLEY, Deceased, <br><br> Plaintiffs, <br> v. <br><br> CARMEL CLAY SCHOOL CORPORATION, doing business through the Board of School Trustees of the Carmel Clay Schools, CARMEL HIGH SCHOOL, CITY OF CARMEL, TOBY STEELE, NICHOLAS WAHL, and CARMEL POLICE OFFICER PHIL HOBSON, <br><br> Defendants. | Case Number: 1:18-cv-3368-RLY-MPB |

### **PLAINTIFFS' PRELIMINARY WITNESS LIST**

Pursuant to the Case Management Order entered herein, Paragraph IIIC, Plaintiffs hereby file their Preliminary Witness List.

1. John Williams.

2. Nicholas Wahl.

3. Toby Steele.

4. Detective Willie Collins, Carmel Police Department.

5. Sargent Adam Miller, Carmel Police Department.

6. Ofc. Gosset, Carmel Police Department.

7. John Elliott, Carmel Police Department.

8. Alex Kreeke.

9. Josh Appleton.

10. Chris Kreeke, Carmel High School.

11. Tamea Brinson, Carmel High School.

12. Jennifer Csnear, Carmel High School.

13. Karen McDaniel.

14. Connor Cook.

15. Issac Perry.

16. Any individual who is discovered to have information relevant to this action.

17. Any person who prepared or signed any document concerning any matter at issue in this action.

18. Each and every witness identified on Defendants Carmel Clay Schools, City of Carmel, Toby Steele, and Phil Hobson's preliminary witness lists.

19. Any person necessary to lay the foundation for the admission of exhibits to be used at trial.

20. Any witness necessary for purposes of impeachment or rebuttal.

21. Any witnesses disclosed by defendant in their initial disclosures.

As discovery is ongoing, Plaintiffs reserve the right to amend and/or supplement this preliminary witness was in support of their claims.

Respectfully submitted,

FLYNN & SULLIVAN, PC

/s/ *Sheila M. Sullivan*
Sheila M. Sullivan, Atty No. 14551-49
Attorney for Plaintiffs
8910 Wesleyan Road, Suite C
Indianapolis, IN 46268
Tel: 317-660-4770

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that, on this 8th day of March, 2019, a copy of the foregoing will be filed through the Court's electronic filing system and service will be made on all registered counsel through the electronic filing system:

| | |
|---|---|
| Paul T. Belch | Liberty L. Roberts |
| Travelers Staff Counsel of Indiana | Church Church Hittle & Antrim |
| pbelch@travelers.com | lroberts@cchalaw.com |

              /s/ *Sheila M. Sullivan*
              Sheila M. Sullivan

FLYNN & SULLIVAN, P.C.
8910 Wesleyan Road, Suite C
Indianapolis, IN 46268
Telephone: 317-660-4770
Facsimile: 317-660-4765
Email: sheila@fstrial.com