IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MCCALLEY and | ) | |
| MARILYN MCCALLEY, Individually and | ) | |
| as Parents of PATRICK MCCALLEY, | ) | Case Number: 1:18-cv-3368-RLY-MPB |
| Deceased, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| CARMEL CLAY SCHOOL | ) | |
| CORPORATION, doing business through the | ) | |
| Board of School Trustees of the Carmel Clay | ) | |
| Schools, CARMEL HIGH SCHOOL, CITY | ) | |
| OF CARMEL, TOBY STEELE, NICHOLAS | ) | |
| WAHL, and CARMEL POLICE OFFICER | ) | |
| PHIL HOBSON, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' PRELIMINARY EXHIBIT LIST

Pursuant to the Case Management Order entered herein, Paragraph IIIC, Plaintiffs hereby file their Preliminary Exhibit List.

1.      Carmel High School discipline policies published to students and parents in effect in October 2016.

2.      Patrick McCalley's cell phone and personal affects with him at the time of his death.

3.      Handwritten note of Patrick McCalley written on 10/6/16 and left in his home.

4.      "Affidavit" which document is dated 8/6/16 but written on 10/6/16, signed by Patrick McCalley.

5.      School note summoning Patrick McCalley to see T. Steele "now".

6.      Patrick McCalley's school records and grades.

7.      Screen shots of 2 Snapchats from Patrick McCalley for which Patrick McCalley was disciplined in October 2016.

8.      Screen shot of Patrick's phone captured by CHS.

9.      Written Statement of Toby Steele provided to Chris and Marilyn McCalley.

10.     Written notes of John Williams from phone conversations with Chris and Marilyn McCalley.

11.     Various police reports submitted to Chris and Marilyn McCalley with redactions.

12.     Tort Claim Notice sent by the Chris and Marilyn McCalley to the Defendants.

13.     Exhibits disclosed by defendant in their initial disclosures including a "student paper" advising of inappropriate and racially offensive messages and statements directed to a student; note with parents' phone numbers provided by Patrick McCauley; "affidavits" provided as part of the investigation into inappropriate and racially offensive messages and statements directed to a student.

14.     Any insurance agreement providing coverage to the Defendants identified in their initial disclosures.

15.     Any other documents, materials, audio and video recordings relevant to this action.

16.     Any and all documents produced to Plaintiffs by any other party to this lawsuit in response to written discovery or depositions.

17.     Any and all depositions taken in connection with this action, including any exhibits thereto.

18.     Any and all pleadings and motions filed in this case, including any exhibits thereto.

19.     Any and all documents produced by non-parties.

20.     Any and all documents listed by any party to this action on any to the list filed in this case.

21.     Any and all written reports prepared by any of the parties' experts in this case, including any and all documents and things relied upon by said experts informing their opinions.

22.     Any documents necessary for purposes of impeachment and rebuttal.

23.     Any and all documents and things relevant to the claims and defenses in this action that might be discovered during the pendency of this case.

24.     Each and every exhibit identified by Defendants in their exhibit lists and initial disclosures.

Plaintiffs reserve the right to update this list as additional documents and information are produced by the parties, and as discovery continues in this case.

Respectfully submitted,

FLYNN & SULLIVAN, PC

/s/ *Sheila M. Sullivan*
Sheila M. Sullivan, Atty No. 14551-49
Attorney for Plaintiffs
8910 Wesleyan Road, Suite C
Indianapolis, IN 46268
Tel: 317-660-4770

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on this 8th day of March, 2019, a copy of the

foregoing will be filed through the Court's electronic filing system and service will be made on

all registered counsel through the electronic filing system:

Paul T. Belch                                  Liberty L. Roberts
Travelers Staff Counsel of Indiana             Church Church Hittle & Antrim
pbelch@travelers.com                           lroberts@cchalaw.com


                                               /s/ *Sheila M. Sullivan*
                                               Sheila M. Sullivan


FLYNN & SULLIVAN, P.C.
8910 Wesleyan Road, Suite C
Indianapolis, IN 46268
Telephone: 317-660-4770
Facsimile: 317-660-4765
Email: sheila@fstrial.com

4