IN THE UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| CHRISTOPHER McCALLEY and MARILYN McCALLEY, Individually and as Parents of PATRICK McCALLEY, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CARMEL CLAY SCHOOL CORPORATION, doing business through the Board of School Trustees of the Carmel Clay Schools, CARMEL HIGH SCHOOL, CITY OF CARMEL, TOBY STEELE, NICHOLAS WAHL, and CARMEL POLICE OFFICER PHIL HOBSON,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:18-cv-3368-RLY-MPB |

## NOTICE OF SERVICE OF INITIAL DISCLOSURES BY DEFENDANTS CITY OF CARMEL AND CARMEL POLICE OFFICER PHIL HOBSON

Defendants, City of Carmel and Carmel Police Officer Phil Hobson, by counsel, hereby notify the Court that in compliance with the Court's Order on Case Management Plan entered on January 28, 2019 [Doc. 17], Defendants have served their Initial Disclosures upon counsel of record.

Respectfully submitted,

**TRAVELERS STAFF COUNSEL INDIANA**

By: _/s/ Paul T. Belch_

Paul T. Belch, 18533-49

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically using the Case Management/Electronic Case Files ("CM/ECF") system and served via the CM/ECF system upon registered counsel of record on <u>March 11, 2019</u>.


By:   <u>*/s/ Paul T. Belch*</u>
Paul T. Belch, 18533-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
***Mailing Address:*** P. O. Box 64093, St. Paul, MN 55164-0093
PH (317) 818-5111
FX (317) 818-5124
pbelch@travelers.com

PTB:gb