IN THE UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| CHRISTOPHER McCALLEY and <br> MARILYN McCALLEY, Individually and as <br> Parents of PATRICK McCALLEY, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> CARMEL CLAY SCHOOL CORPORATION, <br> doing business through the Board of School <br> Trustees of the Carmel Clay Schools, <br> CARMEL HIGH SCHOOL, <br> CITY OF CARMEL, <br> TOBY STEELE, <br> NICHOLAS WAHL, and <br> CARMEL POLICE OFFICER PHIL HOBSON, <br><br> Defendants. | ) <br> ) <br> ) <br> ) Case No. 1:18-cv-3368-RLY-MPB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PRELIMINARY WITNESS AND EXHIBIT LISTS ON BEHALF OF DEFENDANTS CITY OF CARMEL AND OFFICER PHIL HOBSON

### I. WITNESSES

Defendants, City of Carmel and Officer Phil Hobson, by counsel, identify the following witnesses who may be called to testify at trial:

1. Plaintiff Christopher McCalley.

2. Plaintiff Marilyn McCalley.

3. Defendant Toby Steele, Assistant Principal, Carmel High School.

4. Defendant Carmel Police Officer Phil Hobson.

5. Carmel Police Officer Scotty Moore.

6. All persons deposed or yet to be deposed in this action.

7. All persons identified through the discovery process, which is ongoing.

8. Witnesses to authenticate and/or lay the foundation for the admission of exhibits to be used at trial.

9. Custodians of business records to be used at trial.

10. Any witnesses necessary for impeachment and/or rebuttal.

11. Any witness listed by Plaintiffs on any witness list they may file.

## II. EXHIBITS

Defendants, City of Carmel and Officer Phil Hobson, by counsel, identify the following exhibits which may be introduced as evidence at trial:

1. Statement prepared by Toby Steele on or about October 7, 2016.

2. All pleadings and motions filed in this matter, along with any and all exhibits attached thereto.

3. All correspondence to or from any of the parties to this matter.

4. All documents identified in the parties' responses to written discovery in this matter.

5. Any other exhibit which is identified through further discovery, including but not limited to responses to non-party requests for production.

6. All depositions and exhibits introduced and/or discussed in said depositions.

7. Any exhibit listed by Plaintiffs on any exhibit list they may file.

8. Any document produced in discovery.

Respectfully submitted,

**TRAVELERS STAFF COUNSEL INDIANA**

By:   */s/ Paul T. Belch*
Paul T. Belch, 18533-49

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically using the Case Management/Electronic Case Files ("CM/ECF") system and served via the CM/ECF system upon registered counsel of record on March 15, 2019.

By:   */s/ Paul T. Belch*
Paul T. Belch, 18533-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
**_Mailing Address:_**  P. O. Box 64093, St. Paul, MN 55164-0093
PH (317) 818-5111
FX (317) 818-5124
pbelch@travelers.com

PTB:gb