UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Christopher McCalley and Marilyn McCalley
Individually and as Parents of Patrick
McCalley, Deceased;

      Plaintiffs,                   Case No:  1:18-cv-03368-RLY-MPB

v.

Carmel Clay School Corporation, doing
business through the Board of School Trustees
of the Carmel Clay Schools, Carmel High
School, City of Carmel, Toby Steele, Nicholas
Wahl, and Carmel Police Officer Phil Hobson,

      Defendants.

### DEFENDANTS' CARMEL CLAY SCHOOL CORPORATION, CARMEL HIGH SCHOOL, TOBY STEELE AND NICHOLAS WAHL'S PRELIMINARY WITNESS AND EXHIBIT LISTS

Defendants Carmel Clay School Corporation, Carmel High School, Toby Steele and Nicholas Wahl, by counsel, submit their Preliminary Witness and Exhibit Lists:

### WITNESSES

1. Christopher McCalley.
2. Marilyn McCalley.
3. John Williams.
4. P.A.
5. K.A.
6. Toby Steele.
7. Jenny Csenar.
8. Tamea Brinson.
9. Phil Hobson.

1

10. Marie Satchivi.

11. Kim Walker.

12. Chris Kreke.

13. All witnesses and parties deposed in the course of this litigation.

14. Any witness identified by Plaintiff.

15. Any witness identified in discovery.

16. Rebuttal witnesses.

17. Witnesses necessary for authentication of documents or evidence.

## **EXHIBITS**

1. Note with parents' phone numbers provided by Patrick.

2. Affidavits provided as part of the investigation into inappropriate and racially offensive messages and statements directed to a student.

3. Photos of messages that were part of the investigation into inappropriate and racially offensive messages and statements directed to a student.

4. Student paper advising of inappropriate and racially offensive messages and statements directed to a student.

5. Any Document produced in discovery by any party, including non-parties.

6. Any Document listed by Plaintiffs on any exhibit list filed in this action.

Date: March 15, 2019          Respectfully Submitted,

*Liberty L. Roberts*
Liberty L. Roberts, Atty. No. 23107-49
Attorney for Defendants Carmel Clay School Corporation, Carmel High School, Toby Steele and Nicholas Wahl
CHURCH CHURCH HITTLE + ANTRIM
10765 Lantern Road, Suite 201
Fishers, IN 46038

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March 2019, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following persons by operation of the Court's Electronic filing system.

| | |
|---|---|
| Sheila M. Sullivan, Atty. No. 14551-49 | Paul T. Belch, Atty. No. 18533-49 |
| FLYNN & SULLIVAN, PC | Travelers Staff Counsel Indiana |
| 8910 Wesleyan Road, Suite C | P.O. Box 64093 |
| Indianapolis, IN 46268 | St. Paul, MN 55164-0093 |
| T: 317-660-4770 | T: 317-818-5111/ F: 317-818-5124 |
| Email: sheila@fstrial.com | Email: pbelch@travelers.com |
| *Attorney for Plaintiffs* | *Attorney for Defendants City of Carmel and Carmel Police Officer Phil Hobson* |

*Liberty L. Roberts*
Liberty L. Roberts

CHURCH CHURCH HITTLE + ANTRIM
10765 Lantern Road, Suite 201
Fishers, IN 46038
T: (317)773-2190 / F: (317)572-1609
Email: LRoberts@cchalaw.com