UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MCCALLEY, | ) | |
| MARILYN MCCALLEY, | ) | |
| PATRICK MCCALLEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-03368-RLY-MPB |
| | ) | |
| CARMEL CLAY SCHOOL | ) | |
| CORPORATION, | ) | |
| CARMEL HIGH SCHOOL, | ) | |
| CITY OF CARMEL, | ) | |
| TOBY STEELE, | ) | |
| NICHOLAS WAHL, | ) | |
| PHIL HOBSON, | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

The court **SETS** this matter for a final pretrial conference on **JUNE 11, 2020 at 10:30 a.m.** Counsel for parties are ordered to appear before the Honorable Richard L. Young, in room 349 of the Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana 46204. This matter is also set for trial by jury on **JUNE 22, 2020** at 9:00 a.m. in room 349. The court has allotted three days for this trial.

**SO ORDERED** this 2nd day of May 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record