IN THE UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| CHRISTOPHER McCALLEY and MARILYN McCALLEY, Individually and as Parents of PATRICK McCALLEY, Deceased,<br><br>  Plaintiffs,<br><br>  v.<br><br>CARMEL CLAY SCHOOL CORPORATION, doing business through the Board of School Trustees of the Carmel Clay Schools, CARMEL HIGH SCHOOL, CITY OF CARMEL, TOBY STEELE, NICHOLAS WAHL, and CARMEL POLICE OFFICER PHIL HOBSON,<br><br>  Defendants. | Case No. 1:18-cv-3368-RLY-MPB |

## NOTICE OF APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**City of Carmel; and**

**Carmel Police Officer Phil Hobson**

Date: <u>May 30, 2019</u>          Respectfully submitted,

                                    **TRAVELERS STAFF COUNSEL INDIANA**

                By:   */s/ Frederick A. Roetter*
                         Frederick A. Roetter, 11310-49
                         280 East 96th Street, Suite 325
                         Indianapolis, IN 46240
                         *Mailing Address:*  P. O. Box 64093
                                              St. Paul, MN 5564-0093
                         PH (317) 818-5120
                         froetter@travelers.com

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing document was filed electronically using the Case Management/Electronic Case Files ("CM/ECF") system and served via the CM/ECF system upon registered counsel of record on <u>May 30, 2019</u>.

                By:   */s/ Frederick A. Roetter*
                         Frederick A. Roetter, 11310-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
**<u>Mailing Address</u>:**  P. O. Box 64093, St. Paul, MN 55164-0093
PH (317) 818-5120
FX (317) 818-5124
froetter@travelers.com

FAR:mr