UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER MCCALLEY, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:18-cv-03368-RLY-MPB |
| | ) |
| CARMEL CLAY SCHOOL CORPORATION, et al. | ) |
| | ) |
| Defendants. | ) |

**MAGISTRATE JUDGE'S ORDER ON
TELEPHONIC STATUS CONFERENCE**

This matter came before the Honorable Matthew P. Brookman, United States Magistrate Judge, by telephone, at 11:30 a.m., Indianapolis time (EST), on June 3, 2019, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel.

Thereafter, the following **ORDER** is entered:

1. The **SETTLEMENT CONFERENCE** set for July 10, 2019 is **VACATED**. Parties are **ORDERED** to engage in a private mediation. Parties shall file a Notice with the Court with the date of the mediation and name of the mediator on or before **July 3, 2019**. A Mediator's Report shall be filed with the Court on or before **September 3, 2019**.

This order has been formulated after a conference at which the respective parties have appeared. Any party shall file any corrections or additions within fourteen (14) days after receipt of this order.

**SO ORDERED.**

**Dated:** June 4, 2019

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**