IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER MCCALLEY and MARILYN MCCALLEY, Individually and as Parents of PATRICK MCCALLEY, Deceased,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>CARMEL CLAY SCHOOL CORPORATION, doing business through the Board of School Trustees of the Carmel Clay Schools, CARMEL HIGH SCHOOL, CITY OF CARMEL, TOBY STEELE, NICHOLAS WAHL, and CARMEL POLICE OFFICER PHIL HOBSON,<br><br>　　　　　　　Defendants. | Case Number: 1:18-cv-3368-RLY-MPB |

## NOTICE OF MEDIATION DATE AND MEDIATOR SELECTION

Come now Plaintiffs, by counsel, and Defendants Carmel Clay School Corporation and Carmel High School, and hereby notify the Court that the parties have all selected Kyle Baker, The Mediation Group, kbaker@mede8.com, 8888 Keystone Crossing, Suite 1500, Indianapolis, IN 46240, Phone: 317-569-3000, Facsimile: 317-569-0930, as mediator in this case. The parties have agreed upon the date of August 16, 2019 as the date for mediation.

Respectfully submitted,

FLYNN & SULLIVAN, PC

/s/ *Sheila M. Sullivan*
Sheila M. Sullivan, Atty No. 14551-49
Attorney for Plaintiffs
8910 Wesleyan Road, Suite C
Indianapolis, IN 46268
Tel: 317-660-4770

        */s/ Liberty L. Roberts*
        Liberty L. Roberts, Atty. No.
        23107-49 CHURCH CHURCH
        HITTLE + ANTRIM
        10765 Lantern Road, Suite 201
        Fishers, IN 46038
        *Attorney for Defendants Carmel Clay*
        *School Corporation, Carmel High School,*
        *Toby Steele and Nicholas Wahl*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 3rd day of July, 2019, a copy of the foregoing will be filed electronically. Notice of this filing will be sent to the following parties by electronically by operation of the Court's CM/ECF system.

| | |
|---|---|
| Paul T. Belch | Liberty L. Roberts |
| Travelers Staff Counsel of Indiana | Church Church Hittle & Antrim |
| pbelch@travelers.com | lroberts@cchalaw.com |

        */s/ Sheila M. Sullivan*
        Sheila M. Sullivan

FLYNN & SULLIVAN, P.C.
8910 Wesleyan Road, Suite C
Indianapolis, IN 46268
Telephone: 317-660-4770
Facsimile: 317-660-4765
Email: sheila@fstrial.com