IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER MCCALLEY and MARILYN MCCALLEY, Individually and as Parents of PATRICK MCCALLEY, Deceased, <br><br> Plaintiffs, <br> v. <br><br> CARMEL CLAY SCHOOL CORPORATION, doing business through the Board of School Trustees of the Carmel Clay Schools, CARMEL HIGH SCHOOL, CITY OF CARMEL, TOBY STEELE, NICHOLAS WAHL, and CARMEL POLICE OFFICER PHIL HOBSON, <br><br> Defendants. | Case Number: 1:18-cv-3368-RLY-MPB |

**Agreed Motion to Amend Case Management Plan**

Plaintiffs Christopher McCalley and Marilyn McCalley, Individually and as Parents of Patrick McCalley, respectfully move the Court for leave to amend the parties' Case Management Plan. (A copy of the Amended Case Management Plan, as proposed by the parties, is attached hereto as Exhibit A.) In support of this motion, Plaintiffs state as follows:

1. On January 28, 2019, [Docket No. 17] the Court approved the parties' original Case Management Plan as submitted.

2. No requests to enlarge or amend the Case Management Plan have been made prior to this date.

3. The parties are still engaged in active discovery. The Plaintiffs depositions were taken on July 11, 2019, and three of the witness depositions are scheduled for July 29, 2019. Plaintiffs' deposition schedules were affected by Plaintiff Marilyn McCalley having surgery.

4.      The Defendants Carmel High School, Carmel Clay School Board and Toby Steele recently answered Plaintiffs' interrogatories and a request for production on June 28, 2019, and supplementation of that discovery is expected. Plaintiffs will require additional discovery based upon those answers prior to deposing the Defendants or engaging in mediation.

5.      Because the discovery will take at least more six months to complete, the parties have agreed that the remaining deadlines in the current case management plan should be enlarged, including the deadline for mediation.

6.      In addition, several witnesses have also made an emotional plea not to be deposed in this case to counsel.  The parties have not noticed this family for deposition but it is apparent to Plaintiffs that at least two of them will still need to be deposed following the depositions of the Defendants.

7.      In light of the current and impending discovery, Plaintiffs and Defendants have conferred with one another and have agreed on submitting the Amended Case Management Plan, attached hereto as Exhibit A, for the Court's consideration and approval.

8.      This motion is made in good faith and not for the purposes of undue delay.

For the foregoing reasons, Plaintiffs respectfully request that the Court approve the amended case management plan attached in Exhibit A.

                Respectfully submitted,

                FLYNN & SULLIVAN, PC

                /s/ *Sheila M. Sullivan*
                Sheila M. Sullivan, Atty No. 14551-49
                Attorney for Plaintiffs
                sheila@fstrial.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that, on this 13th day of August, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by electronically by operation of the Court's CM/ECF system.

| | |
|---|---|
| Paul T. Belch | Liberty L. Roberts |
| Travelers Staff Counsel of Indiana | Church Church Hittle & Antrim |
| pbelch@travelers.com | lroberts@cchalaw.com |

              /s/ *Sheila M. Sullivan*_____
              Sheila M. Sullivan

FLYNN & SULLIVAN, P.C.
8910 Wesleyan Road, Suite C
Indianapolis, IN 46268
Telephone: 317-660-4770
Facsimile: 317-660-4765
Email:  sheila@fstrial.com