UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Christopher McCalley and Marilyn McCalley
Individually and as Parents of Patrick
McCalley, Deceased;

       Plaintiffs,                        Case No: 1:18-cv-03368-RLY-MPB

v.

Carmel Clay School Corporation, doing
business through the Board of School Trustees
of the Carmel Clay Schools, Carmel High
School, City of Carmel, Toby Steele, Nicholas
Wahl, and Carmel Police Officer Phil Hobson,

       Defendants.

## JOINT MOTION TO ENLARGE DEADLINE FOR MEDIATION AND SET NEW TRIAL DATE

Come now the parties, by counsel, and hereby jointly move to enlarge the deadline for mediation in this cause. The parties also move the Court for a new trial date. In support, the parties show the Court as follows:

1. A proposed amended Case Management Plan has been submitted to the Court for consideration. This amended plan allows additional time to conduct discovery which the parties believe will also aid the mediation process.

2. The parties have amended deadlines approximately six months later than those set in the Case Management Plan approved by this Court on January 28, 2019.

3. The Court's Order of June 4, 2019, requires the parties to complete mediation and file the Mediator's Report on or before September 3, 2019. Mediation was scheduled for August 16, 2019, but has been continued by agreement of the parties to complete further discovery.

4. The parties believe they can mediate the case by February 7, 2020.

5. The Courts Scheduling Order of May 2, 2019, set this matter for a jury trial on June 22, 2020, and a final pre-trial conference on June 11, 2020 at 10:30 am. The parties respectfully request that these dates be reset for a date in October 2020 or thereafter as the Court's calendar allows.

WHEREFORE, the parties respectfully request the Court to enlarge the deadline to complete mediation and to set a new trial date in this cause.

Respectfully Submitted,

/s/ *Sheila M. Sullivan*
Sheila M. Sullivan, Atty. No. 14551-49
FLYNN & SULLIVAN, PC
8910 Wesleyan Road, Suite C
Indianapolis, IN 46268
*Attorney for Plaintiffs*


/s/ *Liberty L. Roberts*
Liberty L. Roberts, Atty. No. 23107-49
CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060
*Attorney for Defendants Carmel Clay School Corporation, Carmel High School, Toby Steele and Nicholas Wahl*

/s/ *Paul T. Belch*
Paul T. Belch, Atty. No. 18533-49
Travelers Staff Counsel Indiana
P.O. Box 64093
St. Paul, MN 55164-0093
*Attorney for Defendants City of Carmel and Carmel Police Officer Phil Hobson*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that, on this 14th day of August 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by electronically by operation of the Court's CM/ECF system.:

| | |
|---|---|
| Paul T. Belch | Liberty L. Roberts |
| Travelers Staff Counsel of Indiana | Church Church Hittle & Antrim |
| pbelch@travelers.com | lroberts@cchalaw.com |

                                              /s/ *Sheila M. Sullivan*
                                              Sheila M. Sullivan

FLYNN & SULLIVAN, P.C.
8910 Wesleyan Road, Suite C
Indianapolis, IN 46268
Telephone: 317-660-4770
Facsimile: 317-660-4765
Email: sheila@fstrial.com