UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MCCALLEY Individually and<br>as Parents of Patrick McCalley, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-03368-RLY-MPB |
| | ) | |
| CARMEL CLAY SCHOOL CORPORATION<br>doing business through the Board of School<br>Trustees of the Carmel Clay Schools<br>    d/b/a BOARD OF TRUSTEES OF THE<br>CARMEL CLAY SCHOOLS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF TELEPHONIC STATUS CONFERENCE

This matter is before the Court on the Parties' *Agreed Motion to Amend Case Management Plan* (Docket No. 31) and *Joint Motion to Enlarge Deadline for Mediation and Set New Trial Date* (Docket No. 32).   A Telephonic Status Conference, on these motions, is set for **AUGUST 26, 2019 at 12:00 p.m. (EST)**, before the Honorable Matthew P. Brookman, United States Magistrate Judge.   The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.

Dated: August 21, 2019

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record