UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER MCCALLEY, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:18-cv-03368-RLY-MPB |
| ) | |
| CARMEL CLAY SCHOOL CORPORATION, et al. ) ) | |
| ) | |
| Defendants. ) | |

**MAGISTRATE JUDGE'S ORDER ON
TELEPHONIC STATUS CONFERENCE**

This matter came before the Honorable Matthew P. Brookman, United States Magistrate Judge, by telephone, at 12:00 p.m., Indianapolis time (EST), on August 26, 2019, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel.

Thereafter, the following **ORDERS** are entered:

1. The Agreed Motion to Amend the Case Management Plan (Docket No. 31) is **GRANTED**. The Amended Case Management Plan will be entered by a separate order.

2. The Joint Motion to Enlarge Deadline for Mediation and Set a New Trial Date (Docket No. 32) is **GRANTED**. A new trial date will be issued by separate order from Judge Young's chambers. Parties are **ORDERED** to engaged in a private mediation on or before **February 1, 2020**. Parties shall file a Notice with the Court containing the name of the mediator and date of the mediation on or before **December 2, 2019**. The mediator shall file a Mediator's Report within **seven (7) days** of the completion of the mediation.

3. A **TELEPHONIC STATUS CONFERENCE** is set for **DECEMBER 2, 2019** at

1

10:30 a.m., Indianapolis time (EST), before the Honorable Matthew P. Brookman, United States Magistrate Judge. **The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.**

This order has been formulated after a conference at which the respective parties have appeared. Any party shall file any corrections or additions within fourteen (14) days after receipt of this order.

**SO ORDERED.**

Dated: August 27, 2019

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**