UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MCCALLEY, | ) | |
| MARILYN MCCALLEY, | ) | |
| PATRICK MCCALLEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-03368-RLY-MPB |
| | ) | |
| CARMEL CLAY SCHOOL CORPORATION, | ) | |
| CARMEL HIGH SCHOOL, | ) | |
| CITY OF CARMEL, | ) | |
| TOBY STEELE, | ) | |
| NICHOLAS WAHL, | ) | |
| PHIL HOBSON, | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

Due to the Amended case management order, the court **VACATES** the current final

pretrial conference setting of 6/11/20 and trial setting of 6/22/20.   The final pretrial

conference is RESCHEDULED for **NOVEMBER 5, 2020 at 3:30 p.m.**   Counsel for

parties are ordered to appear before the Honorable Richard L. Young, in room 349 of the

Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana 46204.

This matter is also RESCHEDULED for trial by jury on **NOVEMBER 16, 2020 at 9:00**

**a.m.** in room 349.   The court has allotted three (3) days for this trial.

**SO ORDERED** this 27th day August 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record