UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Christopher McCalley and Marilyn McCalley
Individually and as Parents of Patrick
McCalley, Deceased;

              Plaintiffs,                       Case No:  1:18-cv-03368-RLY-MPB

v.

Carmel Clay School Corporation, doing
business through the Board of School Trustees
of the Carmel Clay Schools, Carmel High
School, City of Carmel, Toby Steele, Nicholas
Wahl, and Carmel Police Officer Phil Hobson,

              Defendants.

## NOTICE OF MEDIATION

Come now the parties, by counsel, and hereby file this notice with the court pursuant to

the court's order of 8/27/2019.

The parties shall mediate this case on January 20, 2020, at 9:00 a.m. with Kyle Baker,

The Mediation Group, 8888 Keystone Crossing, Suite 1500, Indianapolis, In; 317-569-3000;

kbaker@mede8.com.

Respectfully Submitted,

/s/ *Sheila M. Sullivan*
Sheila M. Sullivan, Atty. No. 14551-49
FLYNN & SULLIVAN, PC
8910 Wesleyan Road, Suite C
Indianapolis, IN 46268
*Attorney for Plaintiffs*

/s/ *Libby L. Roberts*
Liberty L. Roberts, Atty. No. 23107-49
CHURCH CHURCH HITTLE + ANTRIM
10765 Lantern Road, Suite 201
Fishers, IN 46038
*Attorney for Defendants Carmel Clay School*
*Corporation, Carmel High School, and Toby Steele*


/s/ *Paul T. Belch*
Paul T. Belch, Atty. No. 18533-49
Travelers Staff Counsel Indiana
P.O. Box 64093
St. Paul, MN 55164-0093
*Attorney for Defendants City of Carmel and*
*Carmel Police Officer Phil Hobson*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 2nd day of December, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by electronically by operation of the Court's CM/ECF system.

Paul T. Belch Travelers
 Staff Counsel of Indiana
 pbelch@travelers.com

Liberty L. Roberts
Church Church Hittle & Antrim
lroberts@cchalaw.com

2