UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER MCCALLEY, et al. )<br>)<br>Plaintiffs, )<br>)<br>v.                                        )<br>)<br>CARMEL CLAY SCHOOL CORPORATION, et )<br>al.                                          )<br>)<br>Defendants. ) | No. 1:18-cv-03368-RLY-MPB |

**MAGISTRATE JUDGE'S ORDER ON
TELEPHONIC STATUS CONFERENCE**

This matter came before the Honorable Matthew P. Brookman, United States Magistrate Judge, by telephone, at 10:30 a.m., Indianapolis time (EST), on December 2, 2019, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel.

Thereafter, the following **ORDER** is entered:

1. Section IV of the Case Management Plan is amended as follows:

    C. Dispositive motions shall be filed by **March 30, 2020**.

This order has been formulated after a conference at which the respective parties have appeared. Any party shall file any corrections or additions within fourteen (14) days after receipt of this order.

**SO ORDERED.**

**Dated:**  December 2, 2019

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

1

**Served electronically on all ECF-registered counsel of record.**