UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER MCCALLEY, et al. | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:18-cv-03368-RLY-MPB ) |
| CARMEL CLAY SCHOOL CORPORATION, et al. | ) ) ) |
| Defendants. | ) ) |

**SCHEDULING ORDER**

The above case is hereby assigned for a **TELEPHONIC STATUS CONFERENCE** on **FEBRUARY 28, 2020** at 2:30 p.m., Indianapolis time (EST), before the Honorable Matthew P. Brookman, United States Magistrate Judge. **The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.**

**SO ORDERED.**

**Dated:** February 7, 2020

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**