UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER MCCALLEY, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:18-cv-03368-RLY-MPB |
| | ) |
| CARMEL CLAY SCHOOL CORPORATION, et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |

**MAGISTRATE JUDGE'S ORDER ON
TELEPHONIC STATUS CONFERENCE**

This matter came before the Honorable Matthew P. Brookman, United States Magistrate Judge, by telephone, at 2:30 p.m., Indianapolis time (EST), on February 28, 2020, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel.

Thereafter, the following **ORDER** is entered:

1. A **TELEPHONIC STATUS CONFERENCE** is set for **NOVEMBER 11, 2020 at 10:00 a.m.,** Indianapolis time (EST), before the Honorable Matthew P. Brookman, United States Magistrate Judge. **The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.**

2. Section IV of the Amended Case Management Plan is amended as follows:

   C. All remaining discovery shall be completed by no later than **August 1, 2020**.

This order has been formulated after a conference at which the respective parties have appeared. Any party shall file any corrections or additions within fourteen (14) days after

receipt of this order.

**SO ORDERED.**

**Dated:**   March 2, 2020

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**