IN THE UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| CHRISTOPHER McCALLEY and<br>MARILYN McCALLEY, Individually and as<br>Parents of PATRICK McCALLEY, Deceased,<br><br>   Plaintiffs,<br><br>   v.<br><br>CARMEL CLAY SCHOOL CORPORATION,<br>doing business through the Board of School<br>Trustees of the Carmel Clay Schools,<br>CARMEL HIGH SCHOOL,<br>CITY OF CARMEL,<br>TOBY STEELE, and<br>CARMEL POLICE OFFICER PHIL HOBSON,<br><br>   Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:18-cv-3368-RLY-MPB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' JOINT *UNOPPOSED*
## MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE

Defendants, Carmel Clay School Corporation, Carmel High School, and Toby Steele, by counsel, and Defendants, City of Carmel and Carmel Police Officer Phil Hobson, by counsel, respectfully move the Court for an extension of the dispositive motions deadline and, in support thereof, show the Court as follows:

1. In accordance with the Court's Order dated December 2, 2019 [Doc. 41], the amended deadline for the filing of dispositive motions is <u>March 30, 2020</u>, and that time has not yet expired.

1

2. Meaningful settlement negotiations are underway between Defendants and Plaintiff with the assistance of the private mediator. Defendants' time and resources have been devoted to that effort, which include possible non-monetary measures that require time for drafting, consideration, and suggested revisions. The Defendants would prefer to continue settlement negotiations and cease the briefing of a summary judgment motion which may not be necessary if settlement is achieved.

3. For these reasons, a 14-day extension of the dispositive motions deadline is requested up to and including April 13, 2020.

4. Counsel for Plaintiffs is aware of the filing of this motion and has **no objection** hereto.

WHEREFORE, Defendants respectfully pray for an extension of the dispositive motions deadline as set forth hereinabove, and for all other just and proper relief.

Respectfully submitted,

**CHURCH CHURCH HITTLE + ANTRIM**

By: /s/ *Liberty L. Roberts (with permission)*
Liberty L. Roberts, 23107-49
10765 Lantern Road, Suite 201
Fishers, IN 46038
(317) 773-2190
lroberts@cchalaw.com

*Attorney for Defendants
Carmel Clay School Corporation,
Carmel High School and
Toby Steele*

Respectfully submitted,

**TRAVELERS STAFF COUNSEL INDIANA**

By: /s/ *Paul T. Belch*
Paul T. Belch, 18533-49
280 East 96th Street, Suite 325
Indianapolis, IN 46240
*Mailing*: P. O. Box 64093
St. Paul, MN 55164-0093
(317) 818-5111
pbelch@travelers.com

*Attorney for Defendants
City of Carmel and Carmel Police
Officer Phil Hobson*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was filed electronically using the Case Management/Electronic Case Files ("CM/ECF") system and served via the CM/ECF system upon registered counsel of record on <u>March 25, 2020</u>.

      By:   <u>/s/ Paul T. Belch</u>
              Paul T. Belch, 18533-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
**_Mailing Address_:** P. O. Box 64093, St. Paul, MN 55164-0093
PH (317) 818-5111
FX (317) 818-5124
pbelch@travelers.com

PTB:gb

3