IN THE UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| CHRISTOPHER McCALLEY and MARILYN McCALLEY, Individually and as Parents of PATRICK McCALLEY, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CARMEL CLAY SCHOOL CORPORATION, doing business through the Board of School Trustees of the Carmel Clay Schools, CARMEL HIGH SCHOOL, CITY OF CARMEL, TOBY STEELE, and CARMEL POLICE OFFICER PHIL HOBSON,<br><br>Defendants. | Case No. 1:18-cv-3368-RLY-MPB |

## ORDER EXTENDING DISPOSITIVE MOTIONS DEADLINE

The Court, having reviewed the *Joint Unopposed Motion to Extend Dispositive Motions Deadline* filed by all Defendants, and being duly advised in the premises, now **GRANTS** said Motion.

**IT IS THEREFORE ORDERED** that the deadline within which the Defendants may file dispositive motions is extended up to and including **April 13, 2020**.

Date:  March 27, 2020

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

(Service will be made electronically on all ECF-registered counsel of record)