UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER MCCALLEY, <br> MARILYN MCCALLEY, <br> PATRICK MCCALLEY, <br><br> Plaintiffs, <br><br> v. <br><br> CARMEL CLAY SCHOOL CORPORATION, <br> CARMEL HIGH SCHOOL, <br> CITY OF CARMEL, <br> TOBY STEELE, <br> PHIL HOBSON, <br><br> Defendants. | No. 1:18-cv-03368-RLY-MPB |

**ORDER**

The parties have notified the Court that this matter has settled between Plaintiff and Defendants **CITY OF CARMEL and PHIL HOBSON, only.** (Dkt. No. 49). It is therefore ordered that all dates and deadlines between these parties previously established are vacated. Any pending motion is denied as moot. The parties are directed to finalize the agreement to resolve these claims, and to file the appropriate dismissal papers with the Clerk of Court within thirty (30) days from the date of this order. Failure to do so may result in dismissal with prejudice pursuant to Fed. R.Civ. P. 41(b).

   IT IS SO ORDERED.

   Date:   4/10/2020

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to all ECF registered counsel of record.