IN THE UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| CHRISTOPHER McCALLEY and MARILYN McCALLEY, Individually and as Parents of PATRICK McCALLEY, Deceased,<br><br>   Plaintiffs,<br><br> v.<br><br>CARMEL CLAY SCHOOL CORPORATION, doing business through the Board of School Trustees of the Carmel Clay Schools, CARMEL HIGH SCHOOL, CITY OF CARMEL, TOBY STEELE, and CARMEL POLICE OFFICER PHIL HOBSON,<br><br>   Defendants. | Case No. 1:18-cv-3368-RLY-MPB |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

  Plaintiffs, by counsel, and Defendants, by respective counsel, hereby stipulate to the voluntary dismissal, with prejudice, of the above-captioned cause, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties are responsible for their own costs and attorneys' fees.

1

<table>
<tr><td>

Respectfully submitted,

**FLYNN & SULLIVAN**

By: */s/ Sheila M. Sullivan*
Sheila M. Sullivan, 14551-49
8910 Wesleyan Road, Suite C
Indianapolis, IN 46268
(317) 660-4770
sheila@fstrial.com
*Attorney for Plaintiffs*

</td><td>

Respectfully submitted,

**TRAVELERS STAFF COUNSEL INDIANA**

By: */s/ Paul T. Belch*
Paul T. Belch, 18533-49
280 East 96th Street, Suite 325
Indianapolis, IN 46240
**Mailing:** P. O. Box 64093
St. Paul, MN 55164-0093
(317) 818-5111
pbelch@travelers.com
*Attorney for Defendants*
*City of Carmel and*
*Officer Phil Hobson*

Respectfully submitted,

**CHURCH CHURCH HITTLE + ANTRIM**

By: */s/ Liberty S. Roberts*
Liberty L. Roberts, 23107-49
10765 Lantern Road, Suite 201
Fishers, IN 46038
(317) 773-2190
lroberts@cchalaw.com
*Attorney for Defendants,*
*Carmel Clay School Corporation,*
*Carmel High School, Toby Steele, and*
*Nicholas Wahl*

</td></tr>
</table>