IN THE UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| CHRISTOPHER McCALLEY and MARILYN McCALLEY, Individually and as Parents of PATRICK McCALLEY, Deceased,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CARMEL CLAY SCHOOL CORPORATION, doing business through the Board of School Trustees of the Carmel Clay Schools, CARMEL HIGH SCHOOL, CITY OF CARMEL, TOBY STEELE, and CARMEL POLICE OFFICER PHIL HOBSON,<br><br>　　　　　　Defendants. | Case No. 1:18-cv-3368-RLY-MPB |

## **ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiffs, and Defendants, by respective counsel, file their *Stipulation of Dismissal with Prejudice.*

The Court, being duly advised in the premises, now **ORDERS, ADJUDGES AND DECREES** that this cause should be, and the same is hereby **DISMISSED** with prejudice.  Costs paid.

Date: _____          _____
　　　　　　　　　　　　　　　　Judge, United States District Court
　　　　　　　　　　　　　　　　Southern District of Indiana
　　　　　　　　　　　　　　　　Indianapolis Division

**Service statement pursuant to Local Rule 5.5(d)**:   (Service will be made electronically on all ECF-registered counsel of record)