IN THE UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| CHRISTOPHER McCALLEY and<br>MARILYN McCALLEY, Individually and as<br>Parents of PATRICK McCALLEY, Deceased,<br><br>          Plaintiffs,<br><br>   v.<br><br>CARMEL CLAY SCHOOL CORPORATION,<br>doing business through the Board of School<br>Trustees of the Carmel Clay Schools,<br>CARMEL HIGH SCHOOL,<br>CITY OF CARMEL,<br>TOBY STEELE, and<br>CARMEL POLICE OFFICER PHIL HOBSON,<br><br>          Defendants. | Case No. 1:18-cv-3368-RLY-MPB |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs, and Defendants, by respective counsel, file their *Stipulation of Dismissal with Prejudice.*

The Court, being duly advised in the premises, now **ORDERS, ADJUDGES AND DECREES** that this cause should be, and the same is hereby **DISMISSED** with prejudice. Costs paid.

Date:   5/12/2020

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**Service statement pursuant to Local Rule 5.5(d)**: (Service will be made electronically on all ECF-registered counsel of record)